IN THE CIRCUIT COURT OF OREGON COUNTY, MISSOURI

| | |
|---|---|
| WILLIAM BURGDORF AND PAMELAELA BURGDORF, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. ) ) |
| MOHAMED KARIYE AND HHM LOGISTICS, LLC., | ) **PLAINTIFFS DEMAND TRIAL BY** ) **JURY** ) |
| Defendants. | ) ) |

SERVE:
HHM Logistics, LLC through its
Registered Agent
Omar A. Hussein
10715 Knollwood Ln.,
Saint Paul, MN 55129

Mohamed K. Kariye
515 15th Ave. S. Unit 218
Minneapolis, MN 55454-1323

**PETITION FOR DAMAGES**

ALLEGATIONS COMMON TO ALL COUNTS

COME NOW, Plaintiffs William Burgdorf and Pamela Burgdorf by and through their attorneys of record, Bradley L. Bradshaw and Jonathan P. Davis of Brad Bradshaw, M.D., J.D., L.C., and for their claims and causes of action against the Defendants, HHM Logistics, LLC and Mohamed K. Kariye, allege and state as follows:

PLAINTIFFS

1. That Plaintiffs William Burgdorf and Pamela Burgdorf are individual citizens and residents of Licking, Texas County, Missouri.

DEFENDANTS

2. That Defendant HHM Logistics, LLC, a commercial motor carrier operating in

interstate commerce, is a foreign corporation in good standing in the State of Minnesota, duly authorized and existing according to law and doing business in Minnesota, whose registered agent is Omar A. Hussein, 10715 Knollwood Ln., Saint Paul, MN 55129.

3. That Defendant HHM Logistics, LLC was a for hire commercial motor carrier, operating tractor-trailers carrying goods for compensation in interstate commerce, at that time of the subject collision.

4. That Defendant, Mohamed K. Kariye, a commercial motor vehicle operator, is an individual citizen and resident of Minneapolis, Hennepin County, Minnesota.

## JURISDICTION AND VENUE

5. That the acts hereinafter mentioned giving rise to this cause of action all occurred in Oregon County, Missouri; that the causes of action alleged are torts; that Plaintiff's damages exceed $25,000.00; and that, pursuant to V.A.M.S. Section 506.500 and Section 508.010, this Court has jurisdiction and venue, respectively, in this cause.

## AGENCY

6. That Defendant HHM Logistics, LLC, at all relevant times herein mentioned, regularly employed Defendant Mohamed K. Kariye; that Defendant Mohamed K. Kariye, at all relevant times herein mentioned, was an agent, servant, statutory employee, or employee of Defendant HHM Logistics, LLC and acting within the course and scope of his employment or agency.

7. That Defendant HHM Logistics, LLC, cloaked Defendant Mohamed K. Kariye with apparent authority, and Defendant HHM Logistics, LLC, further created in the public's mind, including Plaintiff's, that Defendant Mohamed K. Kariye was an agent, servant,

statutory employee, or employee of Defendant HHM Logistics, LLC.

## FACTS OF THE OCCURRENCE

8. On or about November 15, 2019 at approximately 3:37 PM, Plaintiff William Burgdorf was a passenger in a 2009 Ford F-250 pickup truck traveling in a general southerly direction on U.S. 63 in Oregon County, Missouri, near Missouri Route Z.

9. That at the same time and place, Defendant Mohamed K. Kariye, was operating a tractor trailer owned by HHM Logistics, LLC, and traveling in a general southerly direction on U.S. 63 in Oregon County, Missouri, near Missouri Route Z.

10. That at the aforementioned time and place, the tractor trailer Defendant Mohamed K. Kariye was operating came into violent contact and collision with the 2009 Ford F-250 pickup truck, severely and permanently injuring Plaintiff William Burgdorf.

## COUNT I: NEGLIGENCE OR NEGLIGENCE PER SE OF DEFENDANT MOHAMED K. KARIYE

COMES NOW, Plaintiff William Burgdorf, by and through his attorneys, and for his claim and cause of action on Count I of this Petition for Damages against Defendant Mohamed K. Kariye alleges and states as follows:

11. Plaintiff hereby incorporates the preceding paragraphs of this Petition for Damages as though fully set forth herein.

12. That Defendant Mohamed K. Kariye had a duty to operate the commercial motor vehicle with the highest degree of care, failed to do so and was negligent or negligent per se in one, more than one, or all of the following respects, to-wit:

   a. In following too closely in violation of § 304.017 R.S.Mo.;

   b. In failing to keep a careful lookout;

c. In driving at a speed which made it impossible for him to stop within a range of his visibility;

d. In violating one or more of the Federal Motor Safety Regulations;

e. In violating one or more of the Minnesota CDL standards that have been incorporated into § 380 of FMCSR's;

f. And all other acts of negligence learned through discovery.

13. That the negligence or negligence per se of Defendant Mohamed K. Kariye, directly caused or directly contributed to cause serious and permanent damage and/or injuries to Plaintiff in one, more than one, or all of the following respects, to-wit:

   a. That Plaintiff William Burgdorf has suffered painful, permanent, and progressive bodily injury to his neck, back, legs, and right shoulder;

   b. That Plaintiff William Burgdorf has suffered and will continue to suffer from severe and violent injury his ligaments, nerves, bones, and tissues throughout his body;

   c. That Plaintiff William Burgdorf suffered serious worsening of multiple pre-existing illnesses to the extent such even existed;

   d. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has incurred, and will incur in the future, significant medical bills and expenses, healthcare expenses, and prescriptive expenses, the exact amount of which are presently unknown;

   e. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has suffered pain, physical impairment and loss of life's enjoyment; and

   f. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has suffered lost wages and his ability to earn a living in the future has been diminished.

   WHEREFORE, Plaintiff William Burgdorf prays for judgment against Defendant Mohamed K. Kariye, on Count I of this Petition for Damages in an amount that is fair and reasonable as determined by either the court or a jury, and those damages permitted by law; for prejudgment interest; for Plaintiff's costs herein expended and incurred, and for such further and other relief as deemed just and proper under the premises.

## COUNT II: VICARIOUS LIABILITY OF DEFENDANT HHM LOGISTICS, LLC

14. Plaintiff hereby incorporates the preceding paragraphs of this Petition for Damages as though fully set forth herein.

15. That Defendant Mohamed K. Kariye was an agent, servant, employee, or statutory employee of Defendant HHM Logistics, LLC and was operating in the course and scope of his agency, employment, or statutory employment at the time of the crash.

16. That Defendant HHM Logistics, LLC is vicariously liable for the negligent acts, omissions, and/or negligent per se acts of Defendant Mohamed K. Kariye.

17. That the negligence, omissions, and/or negligence per se of Defendant Mohamed K. Kariye, directly caused or directly contributed to cause serious and permanent damage and/or injuries to Plaintiff in one, more than one, or all of the following respects, to-wit:

    a. That Plaintiff William Burgdorf has suffered painful, permanent, and progressive bodily injury to his neck, back, legs, and right shoulder;

    b. That Plaintiff William Burgdorf has suffered and will continue to suffer from severe and violent injury his ligaments, nerves, bones, and tissues throughout his body;

    c. That Plaintiff William Burgdorf suffered serious worsening of multiple pre-existing illnesses to the extent such even existed;

    d. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has incurred, and will incur in the future, significant medical bills and expenses, healthcare expenses, and prescriptive expenses, the exact amount of which are presently unknown;

    e. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has suffered pain, physical impairment and loss of life's enjoyment; and

    f. That as a direct and proximate cause of Defendant's negligence, Plaintiff William Burgdorf has suffered lost wages and his ability to earn a living in the future has been diminished.

Electronically Filed - Oregon - August 18, 2020 - 05:25 PM

WHEREFORE, Plaintiff William Burgdorf prays for judgment against Defendant HHM Logistics, LLC, on Count II of this Petition for Damages in an amount that is fair and reasonable as determined by either the court and a jury, and those damages permitted by law; for prejudgment interest; for Plaintiff's costs herein expended and incurred, and for such further and other relief as deemed just and proper under the premises.

### COUNT III: CONSORTIUM

COMES NOW Plaintiff Pamela Burgdorf, by and through her attorney, and for her claim and cause of action on Count III of this Petition for Damages against the Defendants HHM Logistics, LLC and Mohamed K. Kariye, alleges and states as follows:

18. Plaintiff hereby incorporates the preceding paragraphs of this Petition for Damages as though fully set forth herein.

19. That Plaintiff Pamela Burgdorf, at all times mentioned herein, was the spouse of Plaintiff William Burgdorf, and as a direct and proximate result of the negligence and carelessness of the above mentioned Defendants, and the resultant injuries to her spouse as previously described, Plaintiff Pamela Burgdorf has lost the services and consortium of Plaintiff William Burgdorf and has been required to incur and expend sums of money for the medical care and treatment of Plaintiff William Burgdorf and will in the future be required to expend sums of money for such services.

WHEREFORE, Plaintiff Pamela Burgdorf prays for judgment against the Defendants, jointly and severally, on Count III of this Petition for Damages in an amount that is fair and reasonable as determined by either the Court and a jury and those damages permitted by law; for prejudgment interest; for Plaintiff's costs herein expended and incurred; and for such further and other relief as the Court deems just and proper

under the premises.

          Respectfully Submitted,

**BRAD BRADSHAW, M.D., J.D., L.C.**
1736 E. Sunshine, Suite 600
Springfield, MO 65804
(417) 333-3333; FAX (417) 889-9229

By: _____
    Bradley L. Bradshaw, M.D., J.D.
Bar Numbers:
Kansas           15801
Missouri         41683
Iowa              AT0013939
Texas            00789165
Washington, D.C.  441423
brad@semitrucklaw.com

By: _____
    Jonathan P. Davis
Bar Numbers:
Missouri         60988
Arkansas        2009080
jondavis@semitrucklaw.com

          *ATTORNEYS FOR PLAINTIFF*

## JURY DEMAND

Plaintiff hereby requests a 12-person jury trial in the above-captioned cause in accordance with the laws of the State of Missouri.

_____
Bradley L. Bradshaw, M.D., J.D.

_____